UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T.T., by and through his guardian ad litem, T.M., <br><br> Plaintiff, <br><br> v. <br><br> BELLEVUE SCHOOL DISTRICT, a Washington municipal Corporation, <br><br> Defendant. | CASE NO. C08-0365-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant School District's Motion for Order Allowing the Filing of an Overlength Brief (Dkt. No. 28). Pursuant to local rule, a reply brief to a motion to dismiss "shall not exceed twelve pages." Local Rules W.D. Wash. CR 7(e)(3). A motion seeking approval to file an over-length brief is "disfavored" and must be made at least three judicial days before the underlying brief is due. Local Rules W.D. Wash. CR 7(f).

Defendant's Reply brief, filed on February 13, 2009, is twenty pages long, (*see* Dkt. No. 29), which is eight pages in excess of the length permitted by local rule. Defendant's motion to file an overlength brief was not filed in advance, and instead was filed on the same day it filed the overlength

MINUTE ORDER – 1

reply brief. (*See* Dkt. Nos. 28 & 29.) Defendant requests permission to file the overlength brief because its counsel "had no reasonable opportunity to edit and shorten" the reply brief due to the fact that he was out of the office on sick leave from February 9, 2009, until February 12, 2009. (Mot. 2 (Dkt .No. 28).) Defendant states that the short time its counsel had to respond to Plaintiff's opposition and the numerous issues that need to be discussed, justify the allowance of an overlength reply brief. (*Id.* at 3.)

The Court declines to permit Defendant to file its excessively-long reply brief. However, given defense counsel's sickness, the Court will provide defense counsel with a reasonable opportunity to edit and shorten the reply brief to comply with the local rules. Accordingly, Defendant's motion (Dkt. No. 28) is DENIED, and Defendant is hereby directed to RE-FILE its reply brief, not to exceed twelve pages, by February 20, 2009.

DATED this 17th day of February, 2009.

BRUCE RIFKIN, Clerk of Court

By  */s/ C. Ledesma*
 Deputy Clerk

MINUTE ORDER – 2